JS 45 (5/97) - (Revised USAO MA 11/15/05)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: Boston    Category No. II    Investigating Agency  USCIS

City  Boston    Related Case Information:

County  Suffolk
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  SRIDHAR REDDY    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  17 Sinclair Road, Shrewsbury, MA 01545

Birth date (Year only): 1970  SSN (last 4 #): 4328  Sex M  Race: Caucasian  Nationality: Indian

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Jeffrey M. Cohen    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Victims:  ☐ Yes  ☒ No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)  ☐ Yes  ☐ No

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: November 25, 2008    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 11/15/05) P  ... of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    SRIDHAR REDDY

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 371 | Conspiracy to Commit Visa Fraud | 1 |
| Set 2 | 18 U.S.C. 1546 | Visa Fraud | 2, 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 11/15/05)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** Boston        **Category No.** II        **Investigating Agency** USCIS

**City** Boston        **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____        Case No. _____
Same Defendant _____        New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   SUDHA RANI        Juvenile   ☐ Yes   ☒ No

Alias Name   SUDHA SANIVARAPU

Address   17 Sinclair Road, Shrewsbury, MA 01545

Birth date (Year only): 1973   SSN (last 4 #): 2430   Sex F   Race: Caucasian   Nationality: Indian

**Defense Counsel if known:** _____        **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Jeffrey M. Cohen        Bar Number if applicable _____

Interpreter:   ☐ Yes  ☒ No        List language and/or dialect: _____

Victims:   ☐ Yes  ☒ No        If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony 10

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** November 25, 2008        **Signature of AUSA:** _[signature]_

JS 45 (5/97) - (Revised USAO MA 11/15/05) P ͞ of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**      SUDHA RANI

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 371 | Conspiracy to Commit Visa Fraud | 1 |
| Set 2 | 18 U.S.C. 1546 | Visa Fraud | 4-12 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

♦JS 45 (5/97) - (Revised USAO MA 11/15/05)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: __Boston__   Category No. __II__   Investigating Agency __USCIS__

City __Boston__   Related Case Information:

County __Suffolk__   Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __VENKAT NAIDU__   Juvenile ☐ Yes  ☒ No

Alias Name _____

Address __59 Stonegate Road, Chelmsford, MA 01824__

Birth date (Year only): __1973__  SSN (last 4 #): __1403__  Sex __M__  Race: __Caucasian__  Nationality: __Indian__

**Defense Counsel if known:** _____   Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Jeffrey M. Cohen__   Bar Number if applicable _____

Interpreter: ☐ Yes  ☒ No   List language and/or dialect: _____

Victims: ☐ Yes  ☒ No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☒ Yes  ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __November 25, 2008__   Signature of AUSA: _[signature]_

JS 45 (5/97) - (Revised USAO MA 11/15/05) P. ___ of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   VENKAT NAIDU

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 371 | Conspiracy to Commit Visa Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 11/15/05)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Boston          **Category No.** II          **Investigating Agency** USCIS

**City** Boston          **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   RICHARD SCHWARTZ          Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   33 Skyview Road, Lexington, MA 02420

Birth date (Year only): 1958   SSN (last 4 #): 6483   Sex M   Race: Caucasian   Nationality: USA

**Defense Counsel if known:**   Bruce Singal          **Address:** One Beacon Street, Suite 1320
Boston, MA 02108

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Jeffrey M. Cohen          Bar Number if applicable _____

Interpreter:   ☐ Yes   ☒ No          List language and/or dialect: _____

Victims:   ☐ Yes   ☒ No     If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)   ☐ Yes   ☐ No

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** November 25, 2008          **Signature of AUSA:** /s/ Jeffrey Cohen

JS 45  (5/97) - (Revised USAO MA 11/15/05) P₁ ___of 2 or Reverse___

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**   RICHARD SCHWARTZ

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 371 | Conspiracy to Commit Visa Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**