UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 08-10352-NG |
| v. ) | |
| ) | |
| SRIDHAR REDDY, ) | |
| SUDHA RANI aka SUDHA SANIVARAPU, ) | |
| VENKAT NAIDU, and ) | |
| RICHARD SCHWARTZ ) | |

### GOVERNMENT'S MOTION TO SEAL INDICTMENT

Pursuant to FRCP 6(e)(4), the United States of America hereby moves this Court to direct that the indictment be sealed (and that no person shall disclose the return of the indictment except when necessary for the issuance and execution of a warrant) until the defendants are in custody in the above-captioned case and the Court has ordered the indictment unsealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant U.S. Attorney

Date: November 25, 2008

*[Handwritten margin note: 11/25/08 Allowed - return Gail Query USMJ]*