Case 1:08-cr-10352-MLW   Document 19   Filed 12/05/08   Page 1 of 1   *i604173*

**AO 442**   (Rev. 10/03)   Warrant for Arrest

# UNITED STATES DISTRICT COURT

FILED
IN CLERKS OFFICE

District of _____

2008 DEC -5  P 2: 42

UNITED STATES OF AMERICA

v.

RICHARD SCHWARTZ

**WARRANT FOR ARREST**

DISTRICT OF MASS C.
Case Number:  08-70352
m J. Collings

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **Richard Schwartz**

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

■ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with  (brief description of offense)
Conspiracy to commit Visa fraud.

in violation of Title ____18____   United States Code, Section(s)  _____

Honorable Judith G. Dein

Name of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge

Title of Issuing Officer

11/25/08   Boston  MA

Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11-25-08 | S/A Douglas Boldwin | |
| DATE OF ARREST | | |
| 12-3-08 | | |