

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR No. 08-10352-NG |
|---|---|
| DEFENDANT<br>Sridhar Reddy and Sudha Rani a/k/a Sudha Sanivarapu, Venkat Naidu, and Richard Schwartz | TYPE OF PROCESS<br>Final Order of Forfeiture |

| SERVE AT | Name Of Individual, Company, Corporation, Etc.. to Serve or Description of Property to Seize<br><br>Flagship Bank Treasurer's Check No.843147 in the amount of $35,000.00 |
|---|---|
| | Address (Street or RFD / Apt. # / City, State. and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br>KRISTINA E. BARCLAY, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please dispose of the above-referenced asset in accordance with the attached Final Order of Forfeiture and applicable law.
CATS No. 09-ICE-000896                                                                 CEW x3673

| Signature of Attorney or other Originator requesting service on behalf of [X]Plaintiff [ ]Defendant | Telephone No.<br>(617) 748-3100 | Date<br>2/16/11 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br><br>Please see Remarks | Time of Service [ ]AM [ ]PM | |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer  2/24/2011 | | |

**REMARKS:**
The above described $35,000.00 was deposited into the U.S. Treasury Forfeiture Fund on Feb. 24, 2011.

TD F 90-22.48 (6/96)