# U.S. Consulate General Chennai

Department of State

You Are In: Visas > Types of Visas > Temporary Workers > H1B Visas

## The H1B Visa

H visas are designed for skilled temporary workers in a specialty occupation to fill vacancies in the United States. Applicants must possess a related four-year college degree, or work experience equivalent in order to qualify. These visas are numerically limited, so the process for obtaining one requires greater scrutiny. All applicants for such visas must have a petition approved by the U.S. Citizenship and Immigration Service (USCIS) before applying for the visa.

A petition is the process by which the Department of Homeland Security (DHS) determines that you meet the basic qualifications for a particular visa. For example, it is through the petition process that the DHS determines you have the educational background or its equivalent to qualify as an H-1B "skilled worker".

**Note:** Petitions cannot be filed with the Consulate; they must be filed in the U.S.

If you are applying for an H-1B visa, you need to present all the required documents for any non-immigrant visa:

**Plus**

- I-797 - the original notice of approval,
- The complete I-129 petition submitted by your prospective employer including the Labor Condition Application
- The originals, plus one copy, of your university diplomas, mark sheets and any certificates you may have. (Secondary school information is not required)
- Letter from petitioning employer confirming employer's intent to hire the applicant
- Original, plus one copy, of your work experience letters from your previous employers

First time applicants may consider submitting the following documents:

- Pay slips from current or most recent place of employment
- Names and current phone numbers of the personnel managers at the applicant's present and past jobs
- Photographs of the inside and outside of current or most recent employer's place of business
- Names and contact information of two co-workers from your current or most recent place of employment
- Names and contact information of two co-workers from past jobs
- A complete resume/bio-data and cover letter describing current job duties in detail
- Personal bank records for the last six months
- US company information: photographs of the inside and outside of the company's offices, prospectus, brochures, and annual report

The Consulate will not accept documents received directly from the company by mail or fax.

If you are currently working in the US on an H1B visa, please submit your pay slips for the current calendar year and your federal tax returns (IRS Form 1040 and W-2) for all years in which you were employed in the US.

All H-1B applicants are requested to bring one extra photocopy of any original documents they presented with their application package that they wish to be returned.

Can't find what you're looking for? For more information on petition based temporary worker visas please visit the official U.S. Department of State website for temporary worker visas.

This site is managed by the U.S. Department of State.

External links to other Internet sites should not be construed as an endorsement of the views or privacy policies contained therein.