AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
| v. | ) |
| RICHARD SCHWARTZ | ) Case No. 08-10352-004 |
| Defendant | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: United States District Court<br>1 Courthouse Way<br>Boston Ma 02210 | Courtroom No.: 10 |
| | Date and Time: 5/15/14 3:00 pm |

This offense is briefly described as follows:
I. The defendant shall not commit another federal state or local crime
II. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

Date: 04/18/2014

_Issuing officer's signature_

Daniel Hohler, Courtroom Deputy Clerk
_Printed name and title_

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons          ☐ Returned this summons unexecuted

Sent by certified mail on 4/18/2014.

Date: 04/18/2014

_Server's signature_

Daniel Hohler, Courtroom Deputy Clerk
_Printed name and title_