UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                      )
UNITED STATES OF AMERICA,              )
                                                      )
v.                                                      )          Criminal No.:  08-10352-MLW
                                                      )
SRIDHAR REDDY,                               )
SUDHA RANI aka SUDHA SANIVARAPU,  )
VENKAT NAIDU, and                          )
RICHARD SCHWARTZ                         )
                                                      )
                              Defendants.            )
_____)


**MOTION TO WITHDRAW**

Pursuant to Local Rule 83.5.2(c), I, Bruce A. Singal, hereby request to withdraw as

counsel for defendant Richard Schwartz.  As support for this motion, counsel states that he and

members of his firm, Donoghue, Barrett, and Singal, P.C., represented Mr. Schwartz in the

underlying criminal action in the above captioned matter from December 3, 2008 through June

10, 2011, when Judgment entered and Mr. Schwartz was sentenced to three years' probation,

among other conditions (Docket Entry # 110).  Counsel's representation was intended to be

confined to disposition of the underlying criminal case, which concluded when judgment entered

on June 10, 2011.  Counsel has had no further involvement with this matter.

Under 18 U.S.C. § 3006A(a)(1)(E) and Fed. R. Crim. P. 32.1(b)(2)(D), Mr. Schwartz is

entitled to request that counsel be appointed to defend him in this supervised release violation

petition.  Mr. Schwartz has informed counsel's firm that he is filing a request to have counsel

appointed.

WHEREFORE, counsel requests the court to allow this Motion to Withdraw.

RICHARD SCHWARTZ,
By his attorneys,


    _/s/   Bruce A. Singal_____
Bruce A. Singal (BBO #464420)
Donoghue, Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
(617) 720-5090

Dated:  May 5, 2014


## CERTIFICATE OF SERVICE

I, Bruce A. Singal, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 5th day of May, 2014.

    _/s/   Bruce A. Singal_
Bruce A. Singal