UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                                            )<br>)<br>SRIDHAR REDDY,                                     )<br>SUDHA RANI aka SUDHA SANIVARAPU, )<br>VENKAT NAIDU, and                              )<br>RICHARD SCHWARTZ                            )<br>)<br>            Defendants.            )<br>                                                            ) | Criminal No.: 08-10352-MLW |

## MOTION TO CONTINUE HEARING ON SUPERVISED RELEASE VIOLATION PETITION FOR RICHARD SCHWARTZ

The undersigned hereby requests that the hearing scheduled for May 15, 2014 in the above captioned matter be continued for a brief period of time to allow Richard Schwartz to obtain court appointed counsel and prepare for the hearing on the supervised release violation petition. As reason therefor, the undersigned states that she, and members of her firm, Donoghue, Barrett, and Singal, P.C., represented Mr. Schwartz in the underlying criminal action in this matter from December 3, 2008 through June 10, 2011, when Judgment entered and Mr. Schwartz was sentenced to three years' probation, among other conditions (Docket Entry # 110). The representation was intended to be confined to disposition of the underlying criminal case, which concluded when judgment entered on June 10, 2011. The firm has had no further involvement with this matter. Mr. Schwartz has indicated that he intends to seek court appointed counsel to represent him in the supervised release violation petition. Counsel from Donoghue, Barrett, and Singal, P.C. filed Motions to Withdraw in this matter on May 5, 2014 [Docket Entries 131, 132, and 133].

Therefore, the undersigned requests that the hearing scheduled for May 15, 2014 be postponed briefly to allow Mr. Schwartz additional time to obtain and consult with court appointed counsel.

/s/ Lauren E. Dwyer<br>
Lauren E. Dwyer (BBO #657727)<br>
Bruce A. Singal (BBO #464420)<br>
Donoghue, Barrett & Singal, P.C.<br>
One Beacon Street, Suite 1320<br>
Boston, MA 02108<br>
(617) 720-5090

Dated: May 12, 2014

## LOCAL RULE 7.1 CERTIFICATION

Undersigned counsel consulted with Assistant United States Attorney Eugenia Carris, by telephone on May 12, 2014 and she does not take a position on the motion.

/s/ Lauren E. Dwyer
Lauren E. Dwyer

## CERTIFICATE OF SERVICE

I, Lauren E. Dwyer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 12th day of May, 2014.

/s/ Lauren E. Dwyer
Lauren E. Dwyer