# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    V.                                       CRIMINAL NO. 2008-10352,MLW-04

RICHARD SCHWARTZ,
    Defendant.

## *ORDER AFTER*
## *APPEARANCE ON PETITION*
## *TO REVOKE SUPERVISED RELEASE*

COLLINGS, U.S.M.J.

The defendant appeared on June 24, 2013 pursuant to a petition alleging that he violated the terms of his supervised release.

Since the defendant was released on bail conditions, he has no right to a preliminary hearing.

The defendant is ORDERED to appear for a final revocation hearing before Senior Judge Mark L. Wolf *on Monday, August 4, 2014 at 10:00 A.M.* at the John Joseph Moakley United States Courthouse, Boston, Massachusetts.

All papers are RETURNED to the Clerk's Office. The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

June 24, 2014.