UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 1:08-cr-10352-MLW |
| | ) | |
| RICHARD SCHWARTZ | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Richard Schwartz, the defendant in the above-named matter,

hereby appeals to the United States Court of Appeals for the First Circuit from the Judgment of

Revocation entered in this action on August 15, 2014.

August 15, 2014                     Respectfully submitted,

RICHARD SCHWARTZ

By his attorneys,

*/s/ Roberto M. Braceras*
Robert M. Braceras (BBO # 566816)
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA  02109
Tel: 617-570-1000
Fax: 617-523-1231
rbraceras@goodwinprocter.com

2

## CERTIFICATE OF SERVICE

I, Roberto M. Braceras, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 15, 2014.

*/s/ Roberto M. Braceras*

2