**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

---

Case Caption: U.S.A. v. Richard Schwartz

District Court Number: 1:08-cr-10352-MLW

---

Fee:   Paid? Yes ___   No _X_   Government filer ___   *In Forma Pauperis* Yes _X_   No ___

---

Motions Pending   Yes _X_   No ___       Sealed documents   Yes _X_   No ___
*If yes, document #*   113 & 129             *If yes, document #*   35, 93, 94, 95, 119, 120, & 121

*Ex parte* documents   Yes _X_   No ___    Transcripts   Yes _X_   No ___
*If yes, document #*   114, 115, 116, 118, & 122    *If yes, document #*   37, 53, & 112

---

Notice of Appeal filed by: Plaintiff/Petitioner ___   Defendant/Respondent _X_   Other: ___

Appeal from:

#149

Other information:

---

   I, Robert M. Farrell, Acting Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#149 & #150

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __150__ filed on __8/15/2014__.

   In testimony whereof, I hereunto set my hand and affix the seal of this Court on __8/18/2014__.

**ROBERT M. FARRELL**
Acting Clerk of Court

/s/Chris Danieli
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**