UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>RICHARD SCHWARTZ,<br><br>          Defendant. | Criminal Action No. 1:08-cr-10352-MLW |

## EMERGENCY MOTION TO STAY SENTENCE

Pursuant to Rule 46(c) of the Federal Rules of Criminal Procedure, defendant Richard Schwartz hereby moves for an order to stay the six months of imprisonment imposed upon him in this case pending his appeal of the Judgment of Revocation entered on August 15, 2014. In support of his motion, the defendant relies on the accompanying memorandum of law.

September 8, 2014

Respectfully submitted,

RICHARD SCHWARTZ

By his attorney,

*/s/ Roberto M. Braceras*
Robert M. Braceras (BBO # 566816)
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA  02109
Tel: 617-570-1000
Fax: 617-523-1231
rbraceras@goodwinprocter.com

2

**LOCAL RULE 112.1 CERTIFICATE OF CONSULTATION**

    I, Roberto M. Braceras, hereby certify that on September 4, 2014, I conferred with Assistant United States Attorney Eugenia Carris by email pursuant to L.R. 112.1, in a good faith effort to resolve or narrow the issues raised by Defendant's Emergency Motion to Stay Sentence. The Assistant United States Attorney has stated that the Government does not assent to this motion.

                                                                           */s/ Robert M. Braceras*


**CERTIFICATE OF SERVICE**

    I, Roberto M. Braceras, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 8, 2014.

                                                                           */s/ Roberto M. Braceras*