UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

RICHARD SCHWARTZ,

Defendant.

Criminal Action No. 1:08-cr-10352-MLW

**JOINT MOTION FOR COPIES OF ALL REVOCATION HEARING EXHIBITS, INCLUDING COLOR COPIES OF EXHIBITS 5A THROUGH 5E**

The United States of America and defendant Richard Schwartz hereby move jointly for copies of Exhibits 1 through 8, which were admitted into evidence during Mr. Schwartz's August 4, 2014 Revocation Hearing. In particular, the parties request color copies of both the front and back of Exhibits 5A through 5E. In support of their motion, the parties state the following:

1. Following the Court's Judgment of Revocation on August 15, 2014, Mr. Schwartz filed a Notice of Appeal. *See United States v. Schwartz*, No. 08-cr-10352-MLW, ECF nos. 149, 150. The parties require Exhibits 1 through 8 to adequately prepare for the appeal.

2. Exhibits 1 through 8, and in particular Exhibits 5A through 5E, are unavailable by any means other than an order of this Court.

3. A Proposed Order is attached to this motion as Exhibit A.

WHEREFORE, the parties move jointly that this Court order the clerk to produce to the parties copies of Exhibits 1 through 8, including color copies of both the front and back of Exhibits 5A through 5E, which were admitted into evidence at the Final Probation Revocation Hearing held on August 4, 2014.

September 29, 2014

Respectfully submitted,

RICHARD SCHWARTZ

By his attorney,

*/s/ Roberto M. Braceras*
Robert M. Braceras (BBO # 566816)
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel: 617-570-1000
Fax: 617-523-1231
rbraceras@goodwinprocter.com

CARMEN M. ORTIZ
United States Attorney

By,

*/s/ Eugenia M. Carris*
Eugenia M. Carris
Assistant U.S. Attorney

**LOCAL RULE 112.1 CERTIFICATE OF CONSULTATION**

I, Roberto M. Braceras, hereby certify that on September 26, 2014, I conferred with Assistant United States Attorney Eugenia Carris by email, in a good faith effort to resolve or narrow the issues raised by the Joint Motion for Copies of All Revocation Hearing Exhibits. The Assistant United States Attorney joins this motion.

*/s/ Robert M. Braceras*

**CERTIFICATE OF SERVICE**

I, Roberto M. Braceras, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 29, 2014.

*/s/ Roberto M. Braceras*