# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>RICHARD SCHWARTZ, )<br>)<br>Defendant. )<br>) | Criminal Action No. 1:08-cr-10352-MLW |

**[PROPOSED] ORDER ON THE PARTIES' JOINT MOTION
FOR COPIES OF ALL REVOCATION HEARING EXHIBITS,
INCLUDING COLOR COPIES OF EXHIBITS 5A THROUGH 5E**

This Court hereby ORDERS that the United States of America and defendant Richard Schwartz be provided with copies of Exhibits 1 through 8, which were admitted into evidence by the Court during the Final Probation Revocation Hearing held on August 4, 2014. The parties shall be provided with color copies of both the front and back of exhibits 5A through 5E.

IT IS SO ORDERED.

_____ 2014                                                   _____
                                                                                          Honorable Mark L. Wolf
                                                                                          United States District Court Judge