UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 08-10352-MLW |
| | ) | |
| RICHARD SCHWARTZ | ) | |

ORDER

WOLF, D.J.                                              September 30, 2014

It is hereby ORDERED that defendant Richard Schwartz shall not report to begin serving his sentence on October 1, 2014 as ordered on September 10, 2014. The court will decide if a further hearing is necessary before issuing another Order in this case.

                                    /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT JUDGE