UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
         v.                    )     Cr. No. 08-10352-MLW
                               )
RICHARD SCHWARTZ               )

                              ORDER

WOLF, D.J.                                        October 9, 2014

    It is hereby ORDERED that:

    1. A hearing on defendant Richard Schwartz's Emergency Motion to Stay Sentence (Docket No. 155) and the Government's Motion to File Supplemental Information (Docket No. 161), shall be held on October 28, 2014, at 3:00 p.m. Schwartz and his Probation Officer shall attend the hearing.

    2. As ordered on September 30, 2014, Schwartz shall not report to begin serving his sentence pending further Order of the court. Rather, he shall remain under the supervision of Probation on the conditions of Supervised Release imposed when he was sentenced on April 25, 2011.


                              UNITED STATES DISTRICT JUDGE