UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 08-10352-MLW |
| ) | |
| RICHARD SCHWARTZ, ) | |
|     Defendant ) | |

## GOVERNMENT'S ASSENTED-TO MOTION FOR A BRIEF CONTINUANCE

The government respectfully moves for a half-hour continuance of tomorrow's hearing, from 11:00 a.m. to 11:30 a.m. Counsel for defendant assents to this motion. As grounds, the undersigned states that she has a personal, family matter scheduled for 9 a.m. which cannot be moved and the brief continuance sought will provide the time needed to attend to that matter and assure a timely appearance before the Court.

    Respectfully submitted,

    CARMEN M. ORTIZ
    United States Attorney

By:   */s/ Eugenia M. Carris*
    Eugenia M. Carris
    Assistant U.S. Attorney

Dated: October 29, 2014

## Certificate of Service

I hereby certify that, on the above date, this document was filed through the ECF system which sends copies electronically to the registered participants.

By:   */s/ Eugenia M. Carris*
    Eugenia M. Carris
    Assistant U.S. Attorney